AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

FILED
U.S. District Court
District of Kansas
JUL 29 2013
Clerk, U.S. District Court
By _____ Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 13-MJ-6153-01 KGG |
| GARY H. KIDGELL, YAN ZHANG, and XIUQING TIAN | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **GARY H. KIDGELL**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violations of 18 U.S.C. 1591 and 1594, Conspiracy to commit sex trafficking; 18 U.S.C. 2421 and 371, Conspiracy to transport another to engage in prostitution.

Date: 07/24/2013

_____
*Issuing officer's signature*

Kenneth G. Gale, USMJ

City and state: Wichita, Kansas

*Printed name and title*

### Return

This warrant was received on *(date)* 7/24/13, and the person was arrested on *(date)* 7/26/13
at *(city and state)* Wichita KS

Date: 7/26/13  For WPD

_____
*Arresting officer's signature*

Jacob Hilton  CJDUSM

*Printed name and title*